UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANISLAW BIALAS,

    Plaintiff,

        v.

ALLIANCE HOSPITALITY MANAGEMENT, LLC,

    Defendant.

Case No. 12-cv-772-JPG-scw

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Stanislaw Bialas to dismiss this case without prejudice pursuant to Rule 41(a)(2) (Doc. 29). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. The defendant has not responded to the motion. In these circumstances, the Court believes dismissal is appropriate and, accordingly, **GRANTS** the motion to dismiss (Doc. 29), **DISMISSES** this case **without prejudice**, and **DIRECTS** the Clerk of Court to close this case.

IT IS SO ORDERED.
DATED: February 20, 2013

                          s/J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**